UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-0462 FMO (ASx) | Date | February 7, 2025 |
|---|---|---|---|
| Title | Samantha Blumert v. G2 Secure Staff, L.L.C. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs: None Present

Attorney Present for Defendants: None Present

**Proceedings:**     (In Chambers) Order Re: Stipulation to Stay

   Based on the parties' Joint Stipulation to Submit Plaintiff Samantha Blumert's Claims to Arbitration and Stay Action (Dkt. 13), IT IS ORDERED THAT this action is stayed pending the completion of the arbitration. The Clerk shall administratively close the case. See Dees v. Billy, 394 F.3d 1290, 1293-94 (9th Cir. 2005).

00 : 00

Initials of Preparer     vdr